IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID RANDALL POYNER, #139329, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>KENNETH PETERS, )<br>Warden, Fountain Correctional Facility, )<br>)<br>Respondent. ) | Civ. A. No. 25-492-KD-MU |

## ORDER

This action is before the Court on Petitioner David Randall Poyner's Motion for Appointment of Counsel (Doc. 13) in which he requests that the Court appoint counsel to represent him in this § 2254 action. Petitioner contends that he does not have the ability to present or investigate his own case and does not possess the funds to hire outside counsel. *Id*. This motion has been referred to the undersigned Magistrate Judge for decision, pursuant to 28 U.S.C. § 636(b)(1)(A), Rule 72 of the Federal Rules of Civil Procedure, and General Local Rule 72(a)(2)(R).

Although a habeas petitioner may request that legal counsel be appointed to represent him, such an appointment is within the Court's discretion. *See Wright v. Johnson*, No. 5:15-cv-00423-CAR-CHW, 2017 WL 3167326, *4 (M.D. Ga. Mar. 14, 2017) (citing 18 U.S.C. § 30006A(a)(2)(B)). No constitutional right to counsel exists in federal habeas corpus proceedings. *McGriff v. Dep't of Corr.,* 338 F.3d 1231, 1235 (11th Cir. 2003) (citing *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987)). The Court may appoint counsel for a § 2254 petitioner if the Court finds that the petitioner is financially eligible

and determines that "the interests of justice so require." *See* 18 U.S.C. § 30006A(a)(2)(B). Petitioner has not demonstrated that the interests of justice require appointment of counsel at this juncture of the proceedings. A review of the petition (Doc. 1) and Petitioner's supplemental filings (Docs. 12, 14) reveals that Petitioner was able to articulate his claim and identify the factual allegations supporting his claim. In addition, the applicable legal doctrines are not unique or complex.

Accordingly, Petitioner's Motion for Appointment of Counsel (Doc. 13) is **DENIED.**

**DONE** and **ORDERED** this the **25th** day of **February, 2026**.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**